UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03998-JHN-JWJx | Date | February 16, 2010 |
|---|---|---|---|
| Title | Board of Trustees of the I.A.T.S.E. Local 33 Health and Welfare Plan et al v. Tru-Roll, Inc. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER ON TRANSFER OF CASE TO JUDGE NGUYEN and ORDER TO SHOW CAUSE RE SANCTIONS  (In Chambers)

This action has been reassigned to the HONORABLE JACQUELINE H. NGUYEN, United States District Judge.  Please substitute the initials JHN in place of the initials FMC.  The case number will now read: **2:09-cv-03998-JHN-JWJx**.  Henceforth, it is imperative that the initials JHN be used on all documents to prevent any delays in processing of documents.

Judge Nguyen's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-2554.  Judge Nguyen's courtroom is located on the 16th floor of the Spring Steet Courthouse, Courtroom # 1600.  **Additional information about Judge Nguyen's procedures is available on her website profile ( at www.cacd.uscourts.gov).**

Counsel shall e-file all criminal and civil filings for JUDGE NGUYEN pursuant to Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Orders 06-07, 08-03, as follows:

  Step 1:  All non-signature items shall be E-FILED in pdf format.  All proposed signature items shall be E-FILED as an attachment to the main document in pdf format.

  Step 2:  All proposed signature items shall be E-MAILED to the chambers email address at

     jhn_(underscore)chambers@cacd.uscourts.gov

   in Word or Word Perfect format.  ONLY proposed signature items  should be emailed to the chambers' email address.  Please do NOT email other associated documents, and do NOT use this email address for communication with the Court or the Clerk.

  Step 3:  A MANDATORY PAPER COPY of all e-filed documents shall be delivered to the DROP BOX OUTSIDE CHAMBERS AT SPRING STREET, COURTROOM 1600 no later than 12:00 noon the business day following any electronic filing or on the same day, if priority processing is being requested.  They must comply with Local Rule 11-3 and be blue-backed, proper font size, page numbering, tabbing, etc. Each document must be prominently labeled, "CHAMBERS COPY" on the front page.  All copies delivered to the courtesy bin shall have the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03998-JHN-JWJx | Date | February 16, 2010 |
|---|---|---|---|
| Title | Board of Trustees of the I.A.T.S.E. Local 33 Health and Welfare Plan et al v. Tru-Roll, Inc. et al | | |

notice of E-filing attached to the *back* of the document.  DO NOT PLACE THESE COPIES IN ENVELOPES.

*FOR UNDER SEAL FILINGS*

Process documents the traditional way (ORIGINAL PLUS ONE COPY OF EACH UNDER SEAL ITEM AND AN ENVELOPE FOR EACH ITEM, UNSEALED), but attach Notice of Manual Filing.  DO NOT DELIVER COURTESY COPIES.  DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS EMAIL ADDRESS.

A **Pro Se Clinic** is now available for litigants representing themselves.   It offers on-site information and guidance.  The Clinic is open Mondays, Wednesdays and Fridays from 10:00 a.m. to 4:00 p.m.  It is located at The U. S. Courthouse, 312 N Spring Street, Room 525 (fifth floor), Los Angeles, CA   90012.  For more information, call 213-385-2977 ext 270.

The Court ADOPTS the previous reporting schedule and ORDERS that counsel for plaintiff show cause in writing on or before **March 2, 2010**, why sanctions should not be imposed for failure to comply with the Court's previous order for regular reports.  The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

**-status report pursuant to the Court's Minutes, filed on August 14, 2009[14].**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of the action.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |